JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN ANTHONY CRISHON,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>RAYBON JOHNSON, Warden,<br><br>　　　　Respondent. | Case No. CV 18-2271-PA (JPR)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 16, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE