JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN ANTHONY CRISHON,<br><br>        Petitioner,<br><br>    v.<br><br>RAYBON JOHNSON, Warden,<br><br>        Respondent. | Case No. CV 18-2271-PA (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 27, 2021

                              PERCY ANDERSON
                              U.S. DISTRICT JUDGE